DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE SAN JUAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-607

[August 24, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lisa M. Porter, Judge; L.T. Case No. 11007808 CF10A.

Fairuze Sofia of The Sofia Law Firm, Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***